# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00485-CR
### NO. 03-07-00486-CR

**Silvano Espinoza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NOS. D-1-DC-07-300366 & D-1-DC-07-300602
### HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Silvano Espinoza seeks to appeal two judgments of conviction for aggravated robbery. The trial court has certified that these are plea bargain cases and Espinoza has no right of appeal. *See* Tex. R. App. P. 25.2 (d). Also, the notices of appeal were filed more than thirty days after sentence was imposed. *See* Tex. R. App. P. 26.2(a)(1). The appeals are dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed: August 31, 2007

Do Not Publish